FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:22 am, Feb 22, 2021
JEFFREY P. COLWELL, CLERK

# REMOVAL ACTION 26 USC 7609 THIRD PARTY & OTHER TAX ISSUES:

Colorado's excessive fraud upon the court has violated and defrauded its taxpayers and federal grant money costing the taxpayers (not limited to) excessive and unnecessary expenses by its repeated misconduct, adversity to federal rules & case law, obstructing the removal process and repeatedly revoking the bond and issuing warrants repeatedly inconsistent with bond statutes and its own orders outside of court hours and defendant's case hearings.  It continues to engage in repeatedly engaging in defrauding taxpayers by its repeated misconduct and/or fraud upon the court.

1. Officers of the court acted under color of law or office: (1) fraud upon the court; 5 element test met (defendant can provide upon this court's request).
2. Officers of the court acted under the direction of federal judge acting under color of law.
3. All officers of the court have immunity.
4. Defendant's filing has a casual nexus to the officers of the court acting under color of law.

**DEFENDANT REQUESTS A JURY TRIAL IN RELATED CASE.**

*Defendant has offered via countless filings to have a legal expert testify on how all of these cases implicated to one another; no state court or its officers has ever opposed these cases are not implicated.*

1

\*\*Defendant has exhausted all efforts with Colorado and this will not be able to be resolved in the states courts due to its officers of the court acting under color of law.

\*\*\***Defendant exercising her 5th Amendment Right to not self-incriminate and not be forced into make any findings using the her education and experience (BBA in Finance, not a CPA, not a CFA, not a CPA, lack of and requirements to carry over career fraud insurance, E&O bond, licenses, mentor discussion, etc.) as grounds;** <u>making any type of error with background would result in criminal or civil charges.</u>

\*\*\*\*The State of Colorado's adversity to federal rules appears to illustrate several IRS I.R.C. tax code violations such as: **defrauding taxpayers and defrauding and/or misusing federal grant money** which are all felony crimes.

\*\*\*\*\**DEFENDANT REFUSES TO PARTICIPATE IN ANY SUCH ACTIVITIES THAT OBSTRUCT THE REMOVAL PROCESS AND FURTHER DEFRAUD ANY TAXPAYER, WASTE JUDICIAL RESOURCES, WASTE HER RESOURCES (NOT LIMITED TO),* <u>AND MOST IMPORTANTLY VIOLATE GOD'S LAW & HIS WILL AND HIS EXPECTATIONS OF DEFENDANT WHICH VIOLATE HER ENTIRE BELIEF SYSTEM</u>.

Filed on 2.22.21                                                                                                          /s Jennifer Larsen

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify, on 2.22.21, a true and accurate copy of the foregoing filing was served to the other parties via email:

| | |
|---|---|
| 19th District DA Office | 19th District Weld County Court |
| 915 10th Street | 901 9th Avenue |
| Greeley, CO 80631 | Greeley, CO 80631 |
| weldda@weldgov.com | 19jdclerkofcourt@judicial.state.co.us |

s/ Jennifer Larsen